THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS LA ROCCA, Appellant.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.